TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

In re: §
§
GLOBAL PIPING SERVICES INC. § Case No. 11-31621
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 11-31621 TAB Judge: TIMOTHY A. BARNES | Trustee Name: PHILIP V. MARTINO |
| Case Name: GLOBAL PIPING SERVICES INC. | Date Filed (f) or Converted (c): 08/01/11 (f) |
| | 341(a) Meeting Date: 09/07/11 |
| For Period Ending: 11/05/12 | Claims Bar Date: 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK ORLAND PARK, ILL, BUSINESS CHECKING AC | 35,000.00 | 0.00 | | 33,684.80 | FA |
| 2. VALUE INDUSTRIAL PARTNERS, ELMHURST, ILL. | 8,300.00 | 0.00 | | 0.00 | FA |
| 3. Insurance Premium Overpayment Refund (u) | 0.00 | Unknown | | 25,302.26 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.17 | FA |

TOTALS (Excluding Unknown Values) $43,300.00 $0.00 $58,988.23

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11  Current Projected Date of Final Report (TFR): 11/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-31621 -TAB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GLOBAL PIPING SERVICES INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0836 BofA - Money Market Account |
| Taxpayer ID No: | *******0528 | | | |
| For Period Ending: | 11/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/11 | 1 | Kelly Nastav | | 1129-000 | 33,488.80 | | 33,488.80 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 33,488.97 |
| 10/04/11 | 1 | Global Piping Services, Inc. | Balance of Checking Account | 1129-000 | 196.00 | | 33,684.97 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,685.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.87 | 33,642.39 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,642.67 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.48 | 33,601.19 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,601.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.43 | 33,560.04 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 33,560.19 |
| 01/18/12 | | Transfer to Acct #*******3648 | Bank Funds Transfer | 9999-000 | | 33,560.19 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 33,685.97 | 33,685.97 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 33,560.19 | |
| Subtotal | | 33,685.97 | 125.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 33,685.97 | 125.78 | |

Page Subtotals    33,685.97    33,685.97

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 17.00b

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-31621 -TAB  
Case Name: GLOBAL PIPING SERVICES INC.  
Taxpayer ID No: *******0528  
For Period Ending: 11/05/12

Trustee Name: PHILIP V. MARTINO  
Bank Name: Congressional Bank  
Account Number / CD #: *******3648 Checking Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0836 | Bank Funds Transfer | 9999-000 | 33,560.19 | | 33,560.19 |
| 01/20/12 | 3 | First Insurance Funding | | 1290-000 | 5,729.38 | | 39,289.57 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 41.71 | 39,247.86 |
| 06/19/12 | 3 | First Insurance | | 1290-000 | 19,572.88 | | 58,820.74 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 58,862.45 | 41.71 | 58,820.74 |
| Less: Bank Transfers/CD's | | 33,560.19 | 0.00 | |
| Subtotal | | 25,302.26 | 41.71 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 25,302.26 | 41.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******0836 | 33,685.97 | 125.78 | 0.00 |
| Checking Account - *******3648 | 25,302.26 | 41.71 | 58,820.74 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 58,988.23 | 167.49 | 58,820.74 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 58,862.45 41.71

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 05, 2012 |

Case Number: 11-31621  
Debtor Name: GLOBAL PIPING SERVICES INC.  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 050 4210-00 | First Insurance Funding Corp<br>450 Skokie Blvd Ste 1000<br>Northbrook, IL 60065 | Secured | | $0.00 | $0.00 | $0.00 |
| 000003 040 5400-00 | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $2,241.90 | $0.00 | $2,241.90 |
| 000006 040 5400-00 | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $476.80 | $0.00 | $476.80 |
| 000001 070 7100-00 | Northern Illinois Steel Supply Co<br>PO Box 2146<br>Joliet, IL 60434 | Unsecured | | $369.47 | $0.00 | $369.47 |
| 000002 070 7100-00 | Columbia Pipe<br>Attn: Jim Welssr<br>1803 Moen Ave<br>Rockdale, IL 60436 | Unsecured | | $29,733.14 | $0.00 | $29,733.14 |
| 000003A 070 7100-00 | Pipe Fitters Welfare Fund, Local 597 | Unsecured | | $13,592.64 | $0.00 | $13,592.64 |
| 000004 070 7100-00 | Pipe Fitters' Association, Local Union 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | | $258.42 | $0.00 | $258.42 |
| 000005 070 7100-00 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | | $15,506.38 | $0.00 | $15,506.38 |
| 000006A 070 7100-00 | Pipe Fitters Training Fund, Local 597 | Unsecured | | $2,711.00 | $0.00 | $2,711.00 |
| 000007 070 7100-00 | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | | $494.71 | $0.00 | $494.71 |
| 000008 070 7100-00 | Pipe Fitters Association Local 597, 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | | $4,316.92 | $0.00 | $4,316.92 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 05, 2012 |

Case Number:   11-31621
Debtor Name:   GLOBAL PIPING SERVICES INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Unsecured | | $82.16 | $0.00 | $82.16 |
| 000010 070 7100-00 | Ulico Casualty Company c/o: T. Scott Leo Leo & Weber, PC 1 N. LaSalle St., Ste. 3600 Chicago, Illinois 60602 | Unsecured | | $111,250.69 | $0.00 | $111,250.69 |
| 000012 070 7100-00 | Nestles c/o Chen Roberts 203 N. LaSalle, 15th Floor Chicago, IL 60601 | Unsecured | | $1,042,158.10 | $0.00 | $1,042,158.10 |
| 000013 070 7100-00 | Nestles c/o Chen Roberts 203 N. LaSalle, 15th Floor Chicago, IL 60601 | Unsecured | | $1,042,158.10 | $0.00 | $1,042,158.10 |
| | Case Totals: | | | $2,265,350.43 | $0.00 | $2,265,350.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-31621
Case Name: GLOBAL PIPING SERVICES INC.
Trustee Name: PHILIP V. MARTINO

    Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011 | First Insurance Funding Corp | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Pipe Fitters' Welfare Fund, Local 597 | $ | $ | $ |
| 000006 | Pipe Fitters' Training Fund, Local 597 | $ | $ | $ |

    Total to be paid to priority creditors     $_____

    Remaining Balance     $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Northern Illinois Steel Supply Co | $ | $ | $ |
| 000002 | Columbia Pipe | $ | $ | $ |
| 000004 | Pipe Fitters' Association, Local Union 597 U.A. | $ | $ | $ |
| 000005 | Pipe Fitters' Retirement Fund, Local 597 | $ | $ | $ |
| 000007 | The Industry Improvement Fund, Local 597 | $ | $ | $ |
| 000008 | Pipe Fitters Association Local 597, 401(k) Plan | $ | $ | $ |
| 000009 | Pipe Fitting Council of Greater Chicago | $ | $ | $ |
| 000010 | Ulico Casualty Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Nestles | $ | $ | $ |
| 000003A | Pipe Fitters Welfare Fund, Local 597 | $ | $ | $ |
| 000006A | Pipe Fitters Training Fund, Local 597 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE