UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GLOBAL PIPING SERVICES INC. | ) | Case No. 11-31621-TAB |
| | ) | |
| | ) | Hon. TIMOTHY A. BARNES |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE TIMOTHY A. BARNES

NOW COMES PHILIP V. MARTINO, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,199.41 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $58,988.23. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $449.41 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,199.41 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding

exists between the undersigned and any other person for sharing of compensation prohibited by

the Bankruptcy Code. No payments have previously been made or promised in any capacity in

connection with the above case.

Executed this 5th day of November, 2012.

/s/Philip V. Martino
Philip V. Martino, Trustee

QUARLES & BRADY LLP
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL  60654
ADDRESS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **GLOBAL PIPING SERVICES, INC.,** | ) | **Case No. 11-31621** |
| | ) | |
| **Debtor.** | ) | **Honorable Timothy A. Barnes** |

## AFFIDAVIT

Trustee, Philip V. Martino, states:

That a voluntary bankruptcy petition under Chapter 7 was filed on August 1, 2011 and Mr. Martino was named Trustee of the Chapter 7 bankruptcy;

That the Meeting of Creditors was held September 7, 2011.

On September 8, 2011, Trustee filed his Initial Report of Assets.

That he did not open a separate billing number for his trustee time until he ascertained that there would be assets to liquidate and a distribution to unsecured creditors;

That because of uncertainty regarding payment, he does not record all of his trustee time for most bankruptcy estates, including his efforts in the instant case;

In addition to the 2.4 hours of time shown on **Exhibit A** attached, Trustee estimates he spent between 4 and 6 hours performing services as Trustee and has allocated his time below:

- Reviewing Schedules, conferring with Debtor's counsel, taking the 341 exam (less than 1 hour);

- Reviewed bank records monthly, reviewed quarterly pro forma summaries of estate activities and prepared periodic reports for the U.S. Trustee's office (1 hour);

QB\18147507.1

- Reviewed documents and repeatedly contacted secured creditor (insurance refund/lien) regarding status, accounting, remittance and documentation (2-3 hours)

- Reviewed court claims docket and proofs of claim; preparing the final report, distribution and related matters (1-2 hours).

- Further Affiant sayeth naught.


/s/ Philip V. Martino
Philip V. Martino, Trustee



*Quarles & Brady* LLP

INVOICE SUMMARY

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

Invoice Number:    1792902
Invoice Date:       November 05, 2012

Privileged & Confidential

Martino, Philip V., Trustee for Global Piping
& Supply Inc.
Quarles & Brady LLP, Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through November 05, 2012
Re: Trustee - Chapter 7 Bankruptcy
Q & B Matter Number: 145786.00002

|  |  |  |
|---|---|---|
| Current Fees: | $ | 1,705.00 |
| Current Total Due: | $ | 1,705.00 |
| **TOTAL AMOUNT DUE:** | $ | 1,705.00 |

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V., Trustee for Global Piping & Supply Inc.  
RE: Trustee - Chapter 7 Bankruptcy  
Q & B Matter Number: 145786.00002

November 05, 2012  
Invoice Number: 1792902  
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 12/21/11 | Review proofs of claim. | PMARTINO | 1.00 |
| 01/03/12 | Review letter to secured creditor demanding turnover of insurance proceeds and substantiation of claim amount. | PMARTINO | 0.20 |
| 01/20/12 | Letters from and to ostensibly secured lender regarding automatic stay violation, evidence of perfection, need for accounting (.8); brief research regarding same (.4). | PMARTINO | 1.20 |
| 09/24/12 | Review and revise final report. | PMARTINO | 0.70 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 3.10 | 550.00 | 1,705.00 |
| Total | | 3.10 | | 1,705.00 |

Total Fees:                          $      1,705.00