TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLOBAL PIPING SERVICES INC. | § | Case No. 11-31621 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2012 in Courtroom 613,

      United States Bankrtupcy Court
      219 South Dearborn
      Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/05/2012      By: Clerk of the Bankruptcy Court
                 Clerk of the Bankruptcy Court

*PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
GLOBAL PIPING SERVICES INC. §   Case No. 11-31621
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 58,988.23 |
| and approved disbursements of | $ | 167.49 |
| leaving a balance on hand of[1] | $ | 58,820.74 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011 | First Insurance Funding Corp | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 58,820.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 6,199.41 | $ 0.00 | $ 6,199.41 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,199.41 |
| Remaining Balance | $ 52,621.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,718.70  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Pipe Fitters' Welfare Fund, Local 597 | $ 2,241.90 | $ 0.00 | $ 2,241.90 |
| 000006 | Pipe Fitters' Training Fund, Local 597 | $ 476.80 | $ 0.00 | $ 476.80 |

Total to be paid to priority creditors     $     2,718.70

Remaining Balance     $     49,902.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,220,473.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Northern Illinois Steel Supply Co | $ 369.47 | $ 0.00 | $ 15.11 |
| 000002 | Columbia Pipe | $ 29,733.14 | $ 0.00 | $ 1,215.73 |
| 000004 | Pipe Fitters' Association, Local Union 597 U.A. | $ 258.42 | $ 0.00 | $ 10.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Pipe Fitters' Retirement Fund, Local 597 | $ 15,506.38 | $ 0.00 | $ 634.02 |
| 000007 | The Industry Improvement Fund, Local 597 | $ 494.71 | $ 0.00 | $ 20.23 |
| 000008 | Pipe Fitters Association Local 597, 401(k) Plan | $ 4,316.92 | $ 0.00 | $ 176.51 |
| 000009 | Pipe Fitting Council of Greater Chicago | $ 82.16 | $ 0.00 | $ 3.36 |
| 000010 | Ulico Casualty Company | $ 111,250.69 | $ 0.00 | $ 4,548.81 |
| 000012 | Nestles | $ 1,042,158.10 | $ 0.00 | $ 42,611.67 |
| 000003A | Pipe Fitters Welfare Fund, Local 597 | $ 13,592.64 | $ 0.00 | $ 555.77 |
| 000006A | Pipe Fitters Training Fund, Local 597 | $ 2,711.00 | $ 0.00 | $ 110.85 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 49,902.63 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                        Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-31621-TAB
Global Piping Services Inc.                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 3              Date Rcvd: Nov 06, 2012
                               Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2012.
```
db         #+Global Piping Services Inc.,    DBA Global Piping & Supply,    12340 S. Latrobe,
             Alsip, IL 60803-3211
17619539    +AT&T Wireless,    P.O. 8100,    Aurora, IL 60507-8100
17619537    +Airgas,    PO 2395,    Waterloo, IA 50704-2395
17619538    +Alsip Partners LP,    C/o Thomas Dwyer,    970 N. Oak Lawn, St. 100,    Elmhurst, IL 60126-1020
17619540  +++Columbia Pipe,    Attn: Jim Welssr,    1803 Moen Ave,    Rockdale, IL 60436-9323
17619543  +++First Insurance Funding Corp,    450 Skokie Blvd Ste 1000,    Northbrook, IL 60062-7917
17619545    +IKON,    PO 802815,    Chicago, IL 60680-2815
17770995    +IKON Offfice Solutions,    Recovery & Bankruptcy Group,    3920 Arkwright Road Suite 400,
             Macon, GA 31210-1748
17619546    +Instrument Associates,    PO 95169,    Palatine, IL 60095-0169
17619547    +Jameson Sheet Metal,    23824 Industrail Dr. N.,    Plainfield, IL 60585-8567
17619548    +John Nastav,    12235 S. Laramie,    Alsip, IL 60803-3129
17619549    +Kelley Nastav,    12235 S. Laramie,    Alsip, IL 60803-3129
17619550    +National Lift Truck,    3333 Mt. Prospect,    Franklin Park, IL 60131-1337
17619551    +Nestles,    c/o Chen Roberts,    203 N. LaSalle, 15th Floor,    Chicago, IL 60601-1228
17619552  +++Northern Illinois Steel Supply Co,    PO Box 2146,    Joliet, IL 60434-2146
17913834    +Pipe Fitters Association Local 597, 401(k) Plan,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17619553    +Pipe Fitters Trust Funds Local 597,    c/o Johnson & Krol,    300 S. Wacker Dr., St. 1313,
             Chicago, IL 60606-6601
17913832    +Pipe Fitters' Association, Local Union 597 U.A.,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17913828    +Pipe Fitters' Retirement Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17913830    +Pipe Fitters' Training Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17913829    +Pipe Fitters' Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17913833    +Pipe Fitting Council of Greater Chicago,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17619554    +Pitney Bowes,    P.O. 371887,    Pittsburgh, PA 15250-7887
17619555    +Rand Tec Insuarance Agency,    977 Lakeview Parkway,    Str. 105,    Vernon Hills, IL 60061-1444
17913831    +The Industry Improvement Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17619557    +US Gas,    11618 S. Mayfield,    Alsip, IL 60803-6010
18137575    +Ulico Casualty Company,    c/o: T. Scott Leo,    Leo & Weber, PC,    1 N. LaSalle St., Ste. 3600,
             Chicago, Illinois 60602-4015
17619556    +Ullicio Casualty Company,    2600 W. Olive Ave., 5th floor,    Burbank, CA 91505-4572
17619558    +Weldstar,    PO 1150,    Aurora, IL 60507-1150
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17619541      E-mail/Text: legalcollections@comed.com Nov 07 2012 01:52:54      Com Ed,    Bill Payment Center,
             Chicago, IL 60668-0001
17619542     +E-mail/Text: john.sullivan@elfco.com Nov 07 2012 01:58:29      Elfco,    9860 Clearvue Ct.,
             Mokena, IL 60448-8954
17619544     +E-mail/Text: scd_bankruptcynotices@grainger.com Nov 07 2012 01:58:31      Grainger,
             2221 N. Elston,    Chicago, IL 60614-2905
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mgonzalez            Page 2 of 3              Date Rcvd: Nov 06, 2012
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2012**                                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez            Page 3 of 3            Date Rcvd: Nov 06, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2012 at the address(es) listed below:

          Jeffrey A Krol    on behalf of Creditor   Chicago Area Mechanical Contracting Industry Improvement
           Trust jeffkrol@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor   Chicago Area Mechanical Contracting Industry Improvement
           Trust mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joshua D Greene    on behalf of Debtor   Global Piping Services Inc. jgreene@springerbrown.com,
           sellis@springerbrown.com
          Michael J. Davis    on behalf of Debtor   Global Piping Services Inc. mdavis@springerbrown.com,
           davislaw80@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          William P Callinan    on behalf of Creditor   Chicago Area Mechanical Contracting Industry
           Improvement Trust william@johnsonkrol.com

                                                                                                  TOTAL: 7