TIMOTHY A. BARNES
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
GLOBAL PIPING SERVICES INC.         §    Case No. 11-31621
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/PHILIP V. MARTINO_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | FIRST INSURANCE FUNDING CORP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PIPE FITTERS' TRAINING FUND, LOCAL | | | | | |
| 000003 | PIPE FITTERS' WELFARE FUND, LOCAL | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Wireless P.O. 8100 Aurora, IL 60507 | | | | | |
| | Airgas PO 2395 Waterloo, IA 50704 | | | | | |
| | Alsip Partners LP C/o Thomas Dwyer 970 N. Oak Lawn, St. 100 Elmhurst, IL 60126 | | | | | |
| | Columbia Pipe 23671 Network Pl. Chicago, IL 60673 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elfco 9860 Clearvue Ct. Mokena, IL 60448 | | | | | |
| | First Insurance Funding 450 Skokie Blvd. St. 1000 Northbrook, IL 60065 | | | | | |
| | Grainger 2221 N. Elston Chicago, IL 60614 | | | | | |
| | IKON PO 802815 Chicago, IL 60680 | | | | | |
| | Instrument Associates PO 95169 Palatine, IL 60095 | | | | | |
| | Jameson Sheet Metal 23824 Industrail Dr. N. Plainfield, IL 60585 | | | | | |
| | John Nastav 12235 S. Laramie Alsip, IL 60803 | | | | | |
| | Kelley Nastav 12235 S. Laramie Alsip, IL 60803 | | | | | |
| | National Lift Truck 3333 Mt. Prospect Franklin Park, IL 60131 | | | | | |
| | Pitney Bowes P.O. 371887 Pittsburgh, PA 15250 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rand Tec Insuarance Agency 977 Lakeview Parkway Str. 105 Vernon Hills, IL 60061 | | | | | |
| | US Gas 11618 S. Mayfield Alsip, IL 60803 | | | | | |
| | Weldstar PO 1150 Aurora, IL 60507 | | | | | |
| 000002 | COLUMBIA PIPE | | | | | |
| 000012 | NESTLES | | | | | |
| 000013 | NESTLES | | | | | |
| 000001 | NORTHERN ILLINOIS STEEL SUPPLY CO | | | | | |
| 000008 | PIPE FITTERS ASSOCIATION LOCAL 597, | | | | | |
| 000006A | PIPE FITTERS TRAINING FUND, LOCAL 5 | | | | | |
| 000003A | PIPE FITTERS WELFARE FUND, LOCAL 59 | | | | | |
| 000004 | PIPE FITTERS' ASSOCIATION, LOCAL U | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PIPE FITTERS' RETIREMENT FUND, LOC | | | | | |
| 000009 | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| 000007 | THE INDUSTRY IMPROVEMENT FUND, LOCA | | | | | |
| 000010 | ULICO CASUALTY COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-31621  TAB  Judge: TIMOTHY A. BARNES
Case Name: GLOBAL PIPING SERVICES INC.

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 08/01/11 (f)
341(a) Meeting Date: 09/07/11
Claims Bar Date: 03/12/12

For Period Ending: 12/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK ORLAND PARK, ILL, BUSINESS CHECKING AC | 35,000.00 | 0.00 | | 33,684.80 | FA |
| 2. VALUE INDUSTRIAL PARTNERS, ELMHURST, ILL. | 8,300.00 | 0.00 | | 0.00 | FA |
| 3. Insurance Premium Overpayment Refund (u) | 0.00 | Unknown | | 25,302.26 | FA |
| 4. Rand-Tec Insurance Agency Refund (u) | 0.00 | 5,415.12 | | 5,415.12 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.17 | FA |

TOTALS (Excluding Unknown Values)   $43,300.00   $5,415.12   $64,403.35

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 11/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-31621 TAB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GLOBAL PIPING SERVICES INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0836  BofA - Money Market Account |
| Taxpayer ID No: | *******0528 | | |
| For Period Ending: | 12/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 09/07/11 | 1 | Kelly Nastav | | 33,488.80 | | 33,488.80 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.17 | | 33,488.97 |
| 10/04/11 | 1 | Global Piping Services, Inc. | Balance of Checking Account | 196.00 | | 33,684.97 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.29 | | 33,685.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 42.87 | 33,642.39 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.28 | | 33,642.67 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 41.48 | 33,601.19 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.28 | | 33,601.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 41.43 | 33,560.04 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.15 | | 33,560.19 |
| 01/18/12 | | Transfer to Acct #*******3648 | Bank Funds Transfer | | 33,560.19 | 0.00 |
| | | | COLUMN TOTALS | 33,685.97 | 33,685.97 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 33,560.19 | |
| | | | Subtotal | 33,685.97 | 125.78 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 33,685.97 | 125.78 | |

Page Subtotals                33,685.97        33,685.97

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-31621 | TAB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GLOBAL PIPING SERVICES INC. | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******3648  Checking Account |
| Taxpayer ID No: | *******0528 | | | | |
| For Period Ending: | 12/16/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0836 | Bank Funds Transfer | 33,560.19 | | 33,560.19 |
| 01/20/12 | 3 | First Insurance Funding | | 5,729.38 | | 39,289.57 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | | 41.71 | 39,247.86 |
| 06/19/12 | 3 | First Insurance | | 19,572.88 | | 58,820.74 |
| 12/06/12 | 003002 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | | 6,199.41 | 52,621.33 |
| 12/06/12 | 003003 | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000003, Payment 100.00000%<br>(3-1) Unpaid contributions to<br>Taft-Hartley benefit fund.(3-2) Unpaid contributions to<br>Taft-Hartley benefit fund.<br>(3-2) Reduced as a result of the payment from the surety<br>company. | | 2,241.90 | 50,379.43 |
| 12/06/12 | 003004 | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000006, Payment 100.00000%<br>(6-1) Unpaid contributions to<br>Taft-Hartley benefit fund.(6-2) Unpaid contributions to<br>Taft-Hartley benefit fund.<br>(6-2) Reduced as a result of the payment from the surety<br>company. | | 476.80 | 49,902.63 |
| 12/06/12 | 003005 | Northern Illinois Steel Supply Co<br>PO Box 2146<br>Joliet, IL 60434 | Claim 000001, Payment 4.08964% | | 15.11 | 49,887.52 |
| 12/06/12 | 003006 | Columbia Pipe<br>Attn: Jim Welssr<br>1803 Moen Ave<br>Rockdale, IL 60436 | Claim 000002, Payment 4.08877% | | 1,215.72 | 48,671.80 |
| 12/06/12 | 003007 | Pipe Fitters Welfare Fund, Local 597 | Claim 000003A, Payment 4.08876% | | 555.77 | 48,116.03 |
| | | | Page Subtotals | 58,862.45 | 10,746.42 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.04b

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31621 | TAB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GLOBAL PIPING SERVICES INC. | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******3648  Checking Account |
| Taxpayer ID No: | *******0528 | | | | |
| For Period Ending: | 12/16/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/12 | 003008 | Pipe Fitters' Association, Local Union 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000004, Payment 4.09024%<br>(4-1) Unpaid wage assessments.(4-2)<br>Unpaid contributions to Taft-Hartley benefit fund.<br>(4-2) Reduced as a result of the payment from the surety company. | | 10.57 | 48,105.46 |
| 12/06/12 | 003009 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000005, Payment 4.08877%<br>(5-1) Unpaid contributions to<br>Taft-Hartley benefit fund.(5-2) Unpaid contributions to<br>Taft-Hartley benefit fund.<br>(5-2) Reduced as a result of the payment from the surety company. | | 634.02 | 47,471.44 |
| 12/06/12 | 003010 | Pipe Fitters Training Fund, Local 597 | Claim 000006A, Payment 4.08890% | | 110.85 | 47,360.59 |
| 12/06/12 | 003011 | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000007, Payment 4.08926%<br>(7-1) Unpaid contributions to<br>Taft-Hartley benefit fund.(7-2) Unpaid contributions to<br>Taft-Hartley benefit fund.<br>(7-2) Reduced as a result of the payment from the surety company. | | 20.23 | 47,340.36 |
| 12/06/12 | 003012 | Pipe Fitters Association Local 597, 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000008, Payment 4.08879%<br>(8-1) Unpaid contributions to<br>Taft-Hartley benefit fund.(8-2) Unpaid contributions to<br>Taft-Hartley benefit fund.<br>(8-2) Reduced as a result of the payment from the surety company. | | 176.51 | 47,163.85 |
| 12/06/12 | 003013 | Ulico Casualty Company<br>c/o: T. Scott Leo<br>Leo & Weber, PC<br>1 N. LaSalle St., Ste. 3600<br>Chicago, Illinois 60602 | Claim 000010, Payment 4.08877%<br>(10-1) Contract Indemnity (see<br>Statement of Claim) | | 4,548.79 | 42,615.06 |
| * 12/06/12 | 003014 | Nestles | Claim 000012, Payment 4.08878% | | 42,611.55 | 3.51 |

Page Subtotals    0.00    48,112.52

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.04b

FORM 2                                              Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-31621   TAB | |
| Case Name: | GLOBAL PIPING SERVICES INC. | |
| Taxpayer ID No: | *******0528 | |
| For Period Ending: | 12/16/13 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3648  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/06/12 | 003014 | Nestles<br>c/o Chen Roberts<br>203 N. LaSalle, 15th Floor<br>Chicago, IL 60601 | (12-2) Corrective Entry: Originally Filed as Claim #13 (MG)<br><br>Claim 000012, Payment 4.08878% | | -42,611.55 | 42,615.06 |
| 12/06/12 | 003015 | Pipe Fitting Council of Greater Chicago<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | (9-1) Unpaid contributions to Taft-Hartley benefit fund.(9-2) Unpaid contributions to Taft-Hartley benefit fund.<br>(9-2) Reduced as a result of the payment from the surety company. | | 3.36 | 42,611.70 |
| 12/06/12 | 003016 | Nestles<br>c/o Chen Roberts<br>203 N. LaSalle, 15th Floor<br>Chicago, IL 60601 | (12-2) Corrective Entry: Originally Filed as Claim #13 (MG) | | 42,611.70 | 0.00 |
| 05/29/13 | 4 | Rand-Tec Insurance Agency, Inc. | Insurance Refund | 5,415.12 | | 5,415.12 |
| 06/12/13 | 003017 | Columbia Pipe<br>Attn: Jim Welssr<br>1803 Moen Ave<br>Rockdale, IL 60436 | Claim 000002, Payment 0.44371% | | 131.93 | 5,283.19 |
| 06/12/13 | 003018 | Pipe Fitters Welfare Fund, Local 597 | Claim 000003A, Payment 0.44370% | | 60.31 | 5,222.88 |
| 06/12/13 | 003019 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000005, Payment 0.44375%<br>(5-1) Unpaid contributions to Taft-Hartley benefit fund.(5-2) Unpaid contributions to Taft-Hartley benefit fund.<br>(5-2) Reduced as a result of the payment from the surety company. | | 68.81 | 5,154.07 |
| 06/12/13 | 003020 | Pipe Fitters Training Fund, Local 597 | Claim 000006A, Payment 0.44375% | | 12.03 | 5,142.04 |
| 06/12/13 | 003021 | Pipe Fitters Association Local 597, 401(k) Plan | Claim 000008, Payment 0.44360% | | 19.15 | 5,122.89 |
| | | | Page Subtotals | 5,415.12 | 295.74 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 11-31621 TAB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GLOBAL PIPING SERVICES INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3648 Checking Account |
| Taxpayer ID No: | *******0528 | | | |
| For Period Ending: | 12/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | (8-1) Unpaid contributions to Taft-Hartley benefit fund.(8-2) Unpaid contributions to Taft-Hartley benefit fund.<br>(8-2) Reduced as a result of the payment from the surety company. | | | |
| * 06/12/13 | 003022 | Ulico Casualty Company<br>c/o: T. Scott Leo<br>Leo & Weber, PC<br>1 N. LaSalle St., Ste. 3600<br>Chicago, Illinois 60602 | Claim 000010, Payment 0.44371%<br>(10-1) Contract Indemnity (see Statement of Claim) | | 493.63 | 4,629.26 |
| 06/12/13 | 003023 | Nestles<br>c/o Chen Roberts<br>203 N. LaSalle, 15th Floor<br>Chicago, IL 60601 | Claim 000012, Payment 0.44369%<br>(12-2) Corrective Entry: Originally Filed as Claim #13 (MG) | | 4,623.93 | 5.33 |
| * 06/12/13 | 003024 | UNITED STATES TRUSTEE<br>Dirksen Federal Court House<br>Suite 873<br>219 South Dearborn Street<br>Chicago, IL 60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #    DIVIDEND<br>================================<br>1         000001      1.63<br>4         000004      1.15<br>7         000007      2.19<br>9         000009      0.36 | | 5.33 | 0.00 |
| * 06/12/13 | 003024 | UNITED STATES TRUSTEE<br>Dirksen Federal Court House<br>Suite 873<br>219 South Dearborn Street<br>Chicago, IL 60604 | REMITTED TO COURT | | -5.33 | 5.33 |
| 06/12/13 | 003025 | Northern Illinois Steel Supply Co<br>PO Box 2146<br>Joliet, IL 60434 | Supplemental Final Distribution | | 1.63 | 3.70 |
| | | | Page Subtotals | 0.00 | 5,119.19 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.04b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31621 TAB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GLOBAL PIPING SERVICES INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3648  Checking Account |
| Taxpayer ID No: | *******0528 | | |
| For Period Ending: | 12/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/13 | 003026 | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Supplemental Final Distribution Unpaid contributions to Taft-Hartley benefit fund. (4-2) Reduced as a result of the payment from the surety company. | | 1.15 | 2.55 |
| 06/12/13 | 003027 | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Supplemental Final Distribution Taft-Hartley benefit fund.(7-2) Unpaid contributions to Taft-Hartley benefit fund. (7-2) Reduced as a result of the payment from the surety company. | | 2.19 | 0.36 |
| 06/12/13 | 003028 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Supplemental Final Distribution Taft-Hartley benefit fund.(9-2) Unpaid contributions to Taft-Hartley benefit fund. (9-2) Reduced as a result of the payment from the surety company. | | 0.36 | 0.00 |
| * 09/13/13 | 003022 | Ulico Casualty Company c/o: T. Scott Leo Leo & Weber, PC 1 N. LaSalle St., Ste. 3600 Chicago, Illinois 60602 | Claim 000010, Payment 0.44371% Stale date. Turning check over to court. | | -493.63 | 493.63 |
| 09/13/13 | 003029 | United States Bankruptcy Clerk | (10-1) Contract Indemnity (see Statement of Claim) | | 493.63 | 0.00 |

Page Subtotals  0.00  3.70

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.04b

Page: 7

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31621 TAB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GLOBAL PIPING SERVICES INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3648  Checking Account |
| Taxpayer ID No: | *******0528 | | | |
| For Period Ending: | 12/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 64,277.57 | 64,277.57 | 0.00 |
| | | | Less: Bank Transfers/CD's | 33,560.19 | 0.00 | |
| | | | Subtotal | 30,717.38 | 64,277.57 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 30,717.38 | 64,277.57 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0836 | 33,685.97 | 125.78 | 0.00 |
| Checking Account - ********3648 | 30,717.38 | 64,277.57 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 64,403.35 | 64,403.35 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM2                                                                                                              Ver: 17.04b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*